

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>EDWIN AYALA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR-18-00173-GW-47<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>the Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 21</u>, <u>2019</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Maria A. Audero</u>, in Courtroom <u>690</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 5/16/2019

U.S. District Judge/Magistrate Judge
Maria A. Audero